UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Hector Linarez-Delgado : Hon. William H. Walls

    v. : Civ. Docket No. 03-130(WHW)

United States :

ORDER

This matter having come before the Court on the application of the United States of America by Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (Serina M. Vash, Assistant U.S. Attorney, appearing), for an order extending the time in which the Government shall file its answer to the above-referenced Petition for Writ of Habeas Corpus; and the Court having considered the matter and the Government's letter request; and

It appearing that the Government's response should be due on September 14, 2009; and

In the interests of justice and efficiency;

It is on this 16 day of September, 2009 hereby

ORDERED that the Government may have an additional 45 days within which to respond to the above-referenced habeas petitions; and it is further

ORDERED that the Government's response shall be due on October 30, 2009.

HON. WILLIAM H. WALLS
United States District Judge