UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

Hector Linarez-Delgado              :  Hon. William H. Walls

   v.                        :  Civ. Docket No. 03-130(WHW)

United States                       :

---

ORDER

   This matter having come before the Court on the
application of the United States of America by Paul J. Fishman,
United States Attorney for the District of New Jersey (Serina M.
Vash, Assistant U.S. Attorney, appearing), for an order extending
the time in which the Government shall file its answer to the
above-referenced Petition for Writ of Habeas Corpus; and the
Court having considered the matter and the Government's letter
request; and

   It appearing that the Government's response should be
due on October 30, 2009; and

   Counsel for the defendant Hector Linarez-Delgado having
consented to the same; and

   In the interests of justice and efficiency;

It is on this day of , 2009 hereby

ORDERED that the Government may have an additional 30 days within which to respond to the above-referenced habeas petitions; and it is further

ORDERED that the Government's response shall be due on December 1, 2009.

HON. WILLIAM H. WALLS
United States District Judge