UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

Hector Linarez-Delgado      :  Hon. William H. Walls

    v.                         :  Civ. Docket No. 03-130(WHW)

United States              :

---

ORDER

This matter having come before the Court on the application of the United States of America by Paul J. Fishman, United States Attorney for the District of New Jersey (Serina M. Vash, Assistant U.S. Attorney, appearing), for an order extending the time in which the Government shall file its answer to the above-referenced Petition for Writ of Habeas Corpus; and the Court having considered the matter and the Government's letter request; and

    Counsel for the defendant Hector Linarez-Delgado having consented to the same; and

    In the interests of justice and efficiency;

It is on this 8 day of December, 2009 hereby

ORDERED that the Government may have an additional 45 days within which to respond to the above-referenced habeas petitions; and it is further

ORDERED that the Government's response shall be due on January 15, 2010.

HON. WILLIAM H. WALLS
United States District Judge